

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Jimmy Gene Willett,

Vs. No. 11-16-00158-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County, Texas
Trial Court No. 10334.

\* June 30, 2016

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.